UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| HALEY LANGERT, *on behalf of herself and all others similarly situated,* )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GEORGE MASON UNIVERSITY, AND JAMES )<br>W. HAZEL, HORACE BLACKMAN, SIMMI )<br>BHULLER, ANJAN CHIMALADINNE, )<br>THOMAS M. DAVIS, JUAN CARLOS )<br>ITURREGUI, MEHMOOD S. KAZMI, WENDY )<br>MARQUEZ, IGNACIA S. MORENO, )<br>CAROLYN J. MOSS, JON M. PETERSON, )<br>NANCY GIBSON PROWITT, PAUL J. )<br>REAGAN, EDWARD H. RICE, DENISE )<br>TURNER ROTH, AND BOB WITECK, )<br>)<br>Defendants.  ) | **Civil Action No. 1:20-cv-00944** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, as evidenced by the endorsements of counsel below, that the above-captioned action is voluntarily dismissed, without prejudice, as to each defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

[ENDORSEMENTS ON FOLLOWING PAGE]

1

RESPECTFULLY SUBMITTED:


 /s/ Charles L. Williams
Charles L. Williams (VSB 23587)
WILLIAMS & SKILLING, P.C.
7104 Mechanicsville Turnpike, Suite 204
Mechanicsville, VA 23111
Telephone: (804) 447-0307, ext. 305
Facsimile: (804) 447-0367
cwilliams@williamsandskilling.com


Gary F. Lynch (admitted *pro hac vice*)
Edward W. Ciolko (admitted *pro hac vice*)
Nicholas A. Colella
CARLSON LYNCH, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
glynch@carlsonlynch.com
eciolko@carlsonlynch.com
ncolella@carlsonlynch.com

*Counsel for Plaintiff and Proposed Class*


 /s/Eli S. Schlam
Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Telephone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Counsel for Defendants*